IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCO ENTERPRISES LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| NEW GREEN LEGACY SERVICES INC. | ) )  Civil Action No.: 15-cv-00580-CB ) |
| Defendant. | ) ) ) |

## CLERK'S ENTRY OF DEFAULT JUDGMENT

To:  New Green Legacy Services, Inc.
     3715 Parmly Road
     Perry, Ohio 44081

AND NOW, this __3RD__ day of August, 2015, upon entry of default against New Green Legacy Services, Inc., for failure to plead or otherwise defend against the claims set forth in the Complaint, Default Judgment is entered against New Green Legacy Services, Inc. in the amount of $81,394.83, plus: (1) statutory pre-judgment interest at the Pennsylvania statutory rate of 6% per annum from September 23, 2013 to the date of judgment for the August 23, 2013 Invoices; from November 10, 2013 to the date of judgment for the October 10, 2013 Invoices; and from March 30, 2014 to the date of judgment for the February 28, 2014 Invoices; and (2) statutory post-judgment interest and costs.

_____
Clerk of Courts

**FILED**

AUG - 3 2015

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA